

**Shipman & Goodwin LLP®**
COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut 06103-1919
Phone: (860) 251-5000

RECEIVED

Glenn M. Cunningham
Phone: 860.251.5722
Fax: 860.251.5219
gcunningham@goodwin.com

October 8, 2004

By Hand Delivery

Office of the Clerk
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re: *Schick Manufacturing, Inc., Eveready Battery Company, Inc., and Energizer Battery, Inc. v. The Gillette Company*, Civil Action No. 3:04CV0954 (WWE)

Dear Madam/Sir:

We are counsel for Plaintiffs Schick Manufacturing, Inc., Eveready Battery Company, Inc., and Energizer Battery, Inc., in the above-referenced matter. We write to inform the Court that, pursuant to an agreement reached among the parties, the Plaintiffs do not intend to serve the Summons and Complaint on Defendant The Gillette Company in this case. Therefore, the case may be removed from the Court's docket pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Very truly yours,

Glenn M. Cunningham
Patrick M. Fahey
*Counsel for Plaintiffs*

In light of the agreement of the parties, the clerk is instructed to close this case.

10-12-04

WARREN W. EGINTON, SENIOR USDJ

2004 OCT 12 P 1:56

Hartford          Stamford          Lakeville          Greenwich